IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 368

| | |
|---|---|
| **LIANE M. DEMING,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **CAPTIVA MANAGEMENT, LLC,** ) | |
| **CAPTIVA RESTAURANT GROUP, LLC;** ) | |
| **131 MAIN-BILTMORE, LLC,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** has come before the undersigned upon a Joint Motion to Amend Pretrial Order and Case Management Plan (#10). In the joint motion, both parties request that the Court modify the Pretrial Order and Case Management Plan (#6) by changing the date for discovery completion and the filing of motions. The undersigned has reviewed the motion and it appears that good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Joint Motion to Amend Pretrial Order and Case Management Plan (#10) is **ALLOWED.** The deadline for discovery completion is hereby extended up to and including **September 15, 2017** and the

1

deadline for the filing of dispositive motions is extended until **October 16, 2017**. None of the other deadlines set forth in the Pretrial Order and Case Management Plan (#6) are modified by this Order.

Signed: August 18, 2017

Dennis L. Howell
United States Magistrate Judge