**M. ANN ANDERSON**
*NCDRC Certified Mediator - Superior Court*

214 East Marion Street
PO Box 93
Pilot Mountain NC 27041

GREENSBORO
NC 274
29 AUG '17
PM 4 L



$0.46
US POSTAGE
FIRST-CLASS
062S0009236517
27041

**RECEIVED**
ASHEVILLE, NC

SEP 01 2017

Clerk, U.S. Dist. Court
W. Dist. of N. C.

Clerk of Court United States District Court
Western District of North Carolina
100 Otis St.
Asheville NC 28801

Attn: Mediation Reports    28801-261184

Case 1:16-cv-00368-MR-DLH   Document 13-1   Filed 09/01/17   Page 1 of 1